IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO 8:20MJ511 |
| Plaintiff, | ) | |
| v. | ) | WAIVER OF PRELIMINARY HEARING |
| KATHERINE L. WOITASZEWSKI, | ) | |
| Defendant. | ) | |

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1

I agree to waive me right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

_____    11-10-2020
Defendant                     Date

_____    11-10-2020
Attorney for Defendant        Date

**ORDER**

**IT IS ORDERED** that the Defendant's waiver is hereby accepted, and the Defendant shall appear for future proceedings.

DATED this 10 day of November 2020

BY THE COURT:

Susan M Bazis
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT